SAN JUAN HOTEL CO. v. CITY OF ORLANDO, *et al.*

150 So. 602.
Special Division A.
Opinion Filed October 20, 1933.

*Joe Akerman,* for Appellant;

*C. P. Dickenson,* for Appelles.

PER CURIAM.—In this case the Chancellor denied relief in a suit attacking an assessment for taxes made by the City of Orlando. The case was tried on its merits, the facts being determined in the city's favor.

After hearing the arguments of counsel and considering the records and briefs the Court is of the opinion that the decree appealed from accords with the law as enunciated in the cases of West Virginia Hotel Corp. v. W. C. Foster Co., 101 Fla. 1147, 132 Sou. Rep. 842; Harjim, Inc., v. Owens, 64 Fed. (2nd) 306 (certiorari denied by United States Supreme Court October 9, 1933), and therefore error therein has not been made to appear. So the decree appealed from is

Affirmed.

DAVIS, C. J., and WHITFIELD and BUFORD, J. J., concur.